THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Jeffrey Webb, Appellant.
 
 
 

Appeal From Oconee County
 Alexander S. Macaulay, Circuit Court
 Judge

Unpublished Opinion No. 2011-UP-566
Submitted December 1, 2011  Filed
 December 20, 2011 

APPEAL DISMISSED

 
 
 
Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of
 Columbia; and Solicitor Christina T. Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Jeffrey
 Webb appeals his convictions of two counts of armed robbery and two counts of possession
 of a weapon during the commission of a violent crime, arguing the circuit court
 erred in refusing to charge the jury on the credibility of an accomplice's
 testimony.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1] 
APPEAL
 DISMISSED.

HUFF, PIEPER, and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.